JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA McCANN, | Case No. CV 21-01389 PA (MAAx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| DENIS R. McDONOUGH, Secretary, U.S. Department of Veterans Affairs, *et al.*, | |
| Defendant. | |

In accordance with the Court's August 17, 2021 Minute Order granting the Motion to Dismiss filed by Defendant Denis R. McDonough ("Defendant") and dismissing the action filed by Plaintiff Laura McCann ("McCann") with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have his costs of suit.

DATED: August 17, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE