JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA McCANN, | Case No. CV 21-01389 PA (MAAx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| DENIS R. McDONOUGH, Secretary, U.S. Department of Veterans Affairs, *et al.*, | |
| Defendant. | |

In accordance with the Court's January 4, 2022 Order granting the Motion to Dismiss filed by Defendant Denis R. McDonough ("Defendant") and dismissing Plaintiff Laura McCann's ("Plaintiff") Amended Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have his costs of suit.

DATED: January 4, 2022

                                                             Percy Anderson
                                       UNITED STATES DISTRICT JUDGE